# 2021-1876

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT LLC, CILAG GMBH INTERNATIONAL,

*Plaintiffs - Appellees*

v.

ZYDUS PHARMACEUTICALS (USA) INC.,

*Defendant - Appellant*

*On Appeal from the U.S. District Court for the District of New Jersey in No. 3:17-cv-05319-FLW-DEA, Hon. Freda L. Wolfson, Judge*

## JOINT MOTION TO REMAND THE APPEAL

Eric W. Dittmann
Isaac S. Ashkenazi
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
*Counsel for Plaintiff-Appellee*
*Mitsubishi Tanabe Pharma Corp.*

Raymond N. Nimrod
Colleen Tracy James
Catherine T. Mattes
QUINN EMANUEL
URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
*Counsel for Plaintiffs-Appellees*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*

Jay R. Deshmukh
Hershy Stern
Joshua A. Whitehill
Jayita Guhaniyogi, Ph.D.
Charles A. Naggar
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
*Counsel for Defendant-Appellant*
*Zydus Pharmaceuticals (USA) Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number:** Case No. 2021-1876

**Short Case Caption:** Mitsubishi Tanabe Pharma Corporation v. Zydus

**Filing Party/Entity:** Appellee Mitsubishi Tanabe Pharma Corporation.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: _9/3/2021_____    Signature: */s/ Eric Dittmann*

    Name: Eric Dittman

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| Mitsubishi Tanabe Pharma Corporation | None | Mitsubishi Chemical Holdings Corp. |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

| | | |
|---|---|---|
| Max H. Yusem PAUL HASTINGS LLP | Katherine A. Daniel PAUL HASTINGS LLP | |
| Dana Weir PAUL HASTINGS LLP | Gerard A. Salvatore formerly of PAUL HASTINGS LLP | |
| Joseph M. O'Malley PAUL HASTINGS LLP | William C. Baton SAUL EWING ARNSTEIN & LEHR LLP | |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

| | | |
|---|---|---|
| *Mitsubishi Tanabe Pharma Corporation et al. v. Dr. Reddy's Laboratories, Inc. et al.*, | | |

| Civil Action No. 3:19-cv-18764 (D.N.J.) | | |
|---|---|---|
| **6.   Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). | | |
| None/Not Applicable | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number:** Case No. 2021-1876

**Short Case Caption:**  Mitsubishi Tanabe Pharma Corporation v. Zydus

**Filing Party/Entity:**  Appellee Janssen Pharmaceuticals Inc., Janssen Pharmaceutica NV, Janssen Research and Development LLC, CILAG GMBH International

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: _9/3/2021_____    Signature: */s/ Raymond Nimrod*
                                    Name: Raymond Nimrod

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| Janssen Pharmaceuticals, Inc. | None | Johnson & Johnson. No other publicly held corporation owns 10% or more of the stock of Johnson & Johnson. |
| Janssen Pharmaceutica NV | None | Johnson & Johnson. No other publicly held corporation owns 10% or more of the stock of Johnson & Johnson. |
| Janssen Research and Development LLC | None | Johnson & Johnson. No other publicly held corporation owns 10% or more of the stock of Johnson & Johnson. |
| CILAG GMBH International | None | Johnson & Johnson. No other publicly held corporation owns 10% or more of the stock of Johnson & Johnson. |

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

| | | |
|---|---|---|
| Carly Romanowiscz<br>Quinn Emanuel Urquhart & Sullivan LLP | | |
| William C. Baton<br>SAUL EWING ARNSTEIN & LEHR LLP | | |
| Matthew Traupman<br>Quinn Emanuel Urquhart & Sullivan LLP | | |

| 5. **Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b). | | |
|---|---|---|
| *Mitsubishi Tanabe Pharma Corporation et al. v. Dr. Reddy's Laboratories, Inc. et al.,* | | |

| Civil Action No. 3:19-cv-18764 (D.N.J.) | | |
|---|---|---|
| **6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). | | |
| None/Not Applicable | | |

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number:** Case No. 2021-1876

**Short Case Caption:** Mitsubishi Tanabe Pharma Corporation v. Zydus

**Filing Party/Entity:** Defendant-Appellant Zydus Pharmaceuticals (USA) Inc.

> **Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: __9/3/2021_____     Signature: */s/ Jay R. Deshmukh*

                                         Name: Jay R. Deshmukh

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities. | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities. |
| Zydus Pharmaceuticals (USA) Inc. | None/Not Applicable | Cadila Healthcare Limited |

| 4. Legal Representatives. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4). | | |
|---|---|---|
| Saiber LLC: Sean R. Kelly, Geri L. Albin, and Katherine Ann Escanlar | | |
| Kasowitz Benson Torres LLP: Trevor Welch (no longer with the firm) and Shelley Ivan. | | |
| Arent Fox LLP: Bradford C. Frese, Gary A. Coad, Janine A. Carlan, and Richard J. Berman | | |

| 5. Related Cases. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b). | | |
|---|---|---|
| *Mitsubishi Tanabe Pharma Corporation et al. v. Dr. Reddy's Laboratories, Inc. et al.,* | | |

| | | |
|---|---|---|
| Civil Action No. 3:19-cv-18764 (D.N.J.) | | |
| **6.   Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6). | | |
| None/Not Applicable | | |

Plaintiffs-Appellees Mitsubishi Tanabe Pharma Corp., Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica NV, Janssen Research and Development, LLC, and Cilag GmbH International (collectively, "Plaintiffs") and Defendant-Appellant Zydus Pharmaceuticals (USA) Inc. ("Defendant") to the above-captioned appeal having resolved all claims between the parties in the district court and this Court; and the district court having issued an indicative ruling, pursuant to Federal Rule of Civil Procedure 62.1 that it will modify the Orders it entered on March 23, 2021 and April 5, 2021 ("Final Judgment Orders"), in the manner requested by the parties, Plaintiffs and Defendant respectfully request that the Clerk of this Court (i) remand the matter to the district court for modification of the Final Judgment Orders consistent with the district court's indicative ruling, and (ii) order that each party is to bear its own costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Eric W. Dittmann* | /s/ *Jay R. Deshmukh* |
| Eric W. Dittmann | Jay Deshmukh |
| PAUL HASTINGS LLP | KASOWITZ BENSON TORRES LLP |
| 200 Park Avenue | 1633 Broadway |
| New York, New York 10166 | New York, NY, 10019 |
| Telephone: (212) 318-6000 | Telephone: (212) 506-1700 |
| ericdittmann@paulhastings.com | jdeshmukh@kasowitz.com |
| *Counsel for Plaintiff-Appellee Mitsubishi Tanabe Pharma Corp.* | *Counsel for Defendant-Appellant Zydus Pharmaceuticals (USA) Inc.* |

Respectfully submitted,

 */s/ Raymond N. Nimrod*

Raymond N. Nimrod
QUINN EMANUEL
URQUHART & SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
raynimrod@quinnemanuel.com

*Counsel for Plaintiffs-Appellees*
*Janssen Pharmaceuticals, Inc.,*
*Janssen Pharmaceutica NV,*
*Janssen Research and Development, LLC,*
*and Cilag GmbH International*