NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MITSUBISHI TANABE PHARMA CORPORATION, JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA NV, JANSSEN RESEARCH AND DEVELOPMENT LLC, CILAG GMBH INTERNATIONAL,**
*Plaintiffs-Appellees*

**v.**

**ZYDUS PHARMACEUTICALS (USA) INC.,**
*Defendant-Appellant*

---

2021-1876

---

Appeal from the United States District Court for the District of New Jersey in No. 3:17-cv-05319-FLW-DEA, Judge Freda L. Wolfson.

---

**ON MOTION**

---

Before O'MALLEY, STOLL, and CUNNINGHAM, *Circuit Judges*.

O'MALLEY, *Circuit Judge*.

**O R D E R**

2        MITSUBISHI TANABE PHARMA CORPORATION v. ZYDUS
PHARMACEUTICALS (USA) INC.

The parties jointly move to remand this case to the district court for modification of the final judgment orders dated March 23, 2021 and April 5, 2021, consistent with the district court's indicative ruling of September 1, 2021.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion is granted.  The case is remanded to the district court for modification of the final judgment orders consistent with the district court's indicative ruling and this order.

(2)  The parties shall bear their own costs.

FOR THE COURT

November 09, 2021    /s/ Peter R. Marksteiner
Date    Peter R. Marksteiner
Clerk of Court

s28

ISSUED AS A MANDATE: November 09, 2021